# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *Felon in Possession of a Firearm* |
| | 18 U.S.C. §§ 922(g)(1), 924(a)(2); and 2 |
| v. | NMT 10 years' imprisonment |
| | NMT $250,000 fine |
| (1) JACOB MICHAEL RICHARDSON | NMT 3 years' supervised release |
| [DOB: 12/17/1987], | Class C felony |
| and | $100 Mandatory Special Assessment Each Count |
| (2) BRIAN MICHAEL FRENCH | **CRIMINAL COMPLAINT** |
| [DOB: 09/10/1990] | |
| | **Case Number: 20-MJ-00106-01/02-JAM (JTM)** |
| Defendants. | |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about August 10, 2020, in the Western District of Missouri, JACOB MICHAEL RICHARDSON and BRIAN MICHAEL FRENCH, the defendants, aiding and abetting each other, each knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to wit: .223 caliber ammunition. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); and 2.

I further state that I am Angelica K. Carpenter, Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

_____
Special Angelica K. Carpenter
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me and subscribed in my presence, **By telephone.**

| | | |
|---|---|---|
| August 26, 2020 | at | Kansas City, Missouri |
| Date | | City and State |

HONORABLE JOHN T. MAUGHMER
United States Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer